

FILED

OCT 20 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
　　　　DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES of AMERICA, <br> Plaintiff, <br> v. <br> JOSE GUTIEREZ ZAPIEN. <br> Defendant. | No. 6:03-MJ-144-HGB <br><br> **ORDER TO FORFEIT BOND TO THE UNITED STATES PURSUANT TO 18 USC 3146 (d).** |

Defendant, Jose Zapien, was arrested and after posting a bond in the amount of $510.00, was released on July 14, 2003. Defendant thereafter failed to appear as ordered and so, on October 16, 2003, the Court issued an arrest warrant.

Pursuant to 18 USC section 3146 (d), the bond posted at the time of defendant's release in the amount of $510.00 is hereby ordered forfeited to the United States Government.

DATED: 10/20/15

MICHAEL J. SENG
United States Magistrate Judge

1